UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LILLIAN COLON,

          Plaintiff,

-vs-                                    Case No. 6:05-cv-1234-Orl-28JGG

KRISHNA LAUNDRY, INC., ASHOK PATEL,

          Defendants.

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Approval of Settlement; Motion to Dismiss Case with Prejudice (Doc.18) filed December 16, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 28, 2006 (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Amended Motion for Approval of Settlement; Motion to Dismiss Case with Prejudice (Doc. 18) is **GRANTED**, and this case is **DISMISSED with prejudice**. The Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __16__ day of March, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party